E-FILED 11/9/17

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDI KNAAK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BARCLAYS BANK, <br><br> Defendant. | Case No. 2:17-cv-04537-PSG-RAO <br><br> **[PROPOSED]** ~~ORDER~~ **ORDER GRANTING STIPULATION FOR DISMISSAL** |

Upon review of the parties' filed stipulation for dismissal, and good cause showing, it is hereby ORDERED that Plaintiff's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*. Each party to bear its own attorneys' fees and costs incurred.

IT IS SO ORDERED.

Date:_____11/9/17_____   By:_____

**PHILIP S. GUTIERREZ**

Hon. United States District Court Judge